# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Kirstyn Paige Bashaw )<br>*Plaintiff* )<br>v. )<br>Majestic Care of Whitehall, LLC )<br>*Defendant* ) | Civil Action No. 2:23-cv-291 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** Judgment is entered pursuant to Opinion and Order entered on March 25, 2024.

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☐ **decided by Judge** _____ on a motion for _____ .

Date: 3/26/24

CLERK OF COURT

*Signature of Clerk or Deputy*